UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No.  2:17-cv-00115 GGH |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA. | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1, and has now filed a completed affidavit in support of his request to proceed in forma pauperis.  Review of that affidavit demonstrates that petitioner is qualified under 28 U.S.C. section 1915(a) for that status, and petitioner's application to proceed in forma paupereis is GRANTED.

IT IS SO ORDERED.

Dated: March 1, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE